■ IRVELL LEASING, INC., Respondent, v 31 EAST 12TH STREET OWNERS CORP., Appellant. [740 NYS2d 208] —Order and judgment (one paper), Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered April 20, 2001, insofar as appealed from as limited by the briefs, dismissing defendant's counterclaims for additional rent and attorneys' fees, unanimously affirmed, with costs.

Upon the parties' respective motions for summary judgment, defendant lessor's counterclaim for additional rent was properly dismissed upon a record demonstrating that plaintiff lessee paid the additional rent sought for real estate taxes, and that no additional rent is due for other expenses never previously billed. As defendant recognizes, dismissal of its counterclaim for additional rent necessarily involves dismissal of its counterclaim for attorneys' fees. Concur—Mazzarelli, J.P., Saxe, Rosenberger, Ellerin and Marlow, JJ.

■ BARBARA MILLIN-HALL, Respondent, v CITY OF NEW YORK, Defendant, and NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY et al., Appellants. [740 NYS2d 209] —Order, Supreme Court, Bronx County (Paul Victor, J.), entered on or about April 27, 2001, which denied defendants-appellants' motion to dismiss the action pursuant to CPLR 3211 (a) (5) as time-barred, unanimously affirmed, without costs.

Denial of appellants' motion to dismiss the action as time-barred was proper. Plaintiff's deposition testimony, her affidavit in opposition to the motion and her medical records, when viewed in the light most favorable to her (*see, Cron v Hargro Fabrics*, 91 NY2d 362, 366), indicate that she has a timely toxic tort claim. Concur—Mazzarelli, J.P., Saxe, Rosenberger, Ellerin and Marlow, JJ.